(94 South. 926)

MIMS v. STATE. (5 Div. 418.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge. Ocie Mims was convicted of manufacturing liquor, and he appeals. Affirmed.

SAMFORD, J. Defendant was convicted of manufacturing liquor and he appeals. We have examined each of the exceptions taken to the introduction of evidence, and find no prejudicial error in any of the rulings of the court. There is no error in the record, and the judgment is affirmed. Affirmed.

MERRITT. J., not sitting.

---

(94 South. 926)

MIMS v. STATE. (5 Div. 417.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge. Wash Mims was convicted of unlawfully manufacturing liquor, and he appeals. Affirmed. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. Under an indictment charging that defendant distilled, made, or manufactured alcoholic liquors or beverages, the jury returned a verdict of guilty as charged; from the judgment pronounced thereon, defendant appeals. An issue of facts was presented by the evidence, and in the submission of the case to the jury there was no ruling of the court which injuriously affected the substantial rights of the defendant. As the record proper is without error, also, the judgment appealed from is affirmed. Affirmed.

---

(96 South. 942)

MITCHELL v. STATE. (7 Div. 864.) (Court of Appeals of Alabama. June 12, 1923.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge.

SAMFORD, J. Appeal dismissed.

---

(98 South. 924)

Bob MOODY v. STATE. (4 Div. 870.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Covington County; Arthur B. Foster, Judge.

FOSTER, J. This cause was submitted on the record, without bill of exceptions. There is no error in the record, and the judgment of the circuit court is affirmed.

---

(99 South. 926)

Fred MORGAN v. STATE. (8 Div. 112.) (Court of Appeals of Alabama. Feb. 19, 1924.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge.

SAMFORD, J. Defendant was convicted on a charge of violating the prohibition law, and appeals. There is no bill of exceptions, and, no error appearing in the record, the judgment is affirmed. Affirmed.

---

(98 South. 924)

Monroe MORRIS v. STATE. (6 Div. 274.) (Court of Appeals of Alabama. Dec. 18, 1923.)

19 Ala.App.—44

Appeal from Circuit Court, Walker County; E. L. Lacy, Judge.

FOSTER, J. Appeal dismissed.

---

(96 South. 942)

MORRISON v. STATE. (8 Div. 91.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Lawrence County Court; W. R. Jackson, Judge.

SAMFORD, J. Appeal dismissed.

---

(99 South. 926)

Jim MURRY v. STATE. (8 Div. 71.) (Court of Appeals of Alabama. Feb. 7, 1924.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Violation of prohibition law.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(98 South. 925)

M. S. NABORS v. STATE. (6 Div. 325.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(95 South. 925)

NELSON v. STATE. (4 Div. 853.) (Court of Appeals of Alabama. April 17, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge.

SAMFORD, J. Affirmed.

---

(96 South. 942)

NELSON v. STATE. (6 Div. 113.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

SAMFORD, J. Affirmed.

---

(98 South. 925)

Mack NEWBERRY v. STATE. (6 Div. 218.) (Court of Appeals of Alabama. Jan. 15, 1924.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge.

SAMFORD, J. Appeal dismissed

---

(96 South. 942)

NEWBUM v. STATE. (8 Div. 32.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Morgan County Court; W. T. Lowe, Judge.

FOSTER, J. Appeal dismissed.